## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR169 |
| Plaintiff, | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| ADREAN NEWSON, | ) | |
| Defendant. | ) | |

The Court has received the Revised Presentence Investigation Report and Addendum ("PSR"). The government has not objected to the PSR and the Defendant filed a statement indicating he does not object to the PSR (Filing No. 57). The Defendant has filed a motion for a variance and departure along with a supporting brief (Filing Nos. 58 and 59). See *Amended Order on Sentencing Schedule*, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Court intends to adopt the PSR at the time of sentencing;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3. Absent submission of the information required by paragraph 3 of this Order, these tentative findings are final;

4. The Defendant's Motion for Variance and Downward Departure (Filing No. 58) will be heard at sentencing; and

5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 22nd day of February, 2016.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge